**UNPUREISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6834**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LOUIS R. JACKSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-96-260-A, CA-98-1732-AM)

---

Submitted: August 5, 1999          Decided: August 11, 1999

---

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Louis R. Jackson, Appellant Pro Se. John Jude Farley, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Louis R. Jackson appeals the district court's order denying relief on his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Jackson, Nos. CR-96-260-A; CA-98-1732-AM (E.D. Va. Apr. 7, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the order from which Jackson appeals was filed on April 6, 1999, it was entered on the district court's docket sheet on April 7, 1999. April 7, 1999, is therefore the effective date of the district court's decision. See Fed. R. Civ. P. 58 and 79(a); see also Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2